# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-635
_____

YOLANDA P. VERSHER,

  Appellant,

v.

BRIAN B. WHITE,

  Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jack Schemer, Judge.

September 24, 2018

PER CURIAM.

  AFFIRMED.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Neil L. Weinreb, Jacksonville, for Appellant.

No appearance for Appellee.